# United States District Court
for the
Western District of New York

United States of America

v.

**KORY DOYLE**

*Defendant*

Case No. 18-mj-1156

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 5, 2017, in the Western District of New York, the defendant did knowingly possess and receive child pornography, in violation of Title 18, United States Code, 2252A(a)(2)(A) and Section 2252A(a)(5)(B).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

S.R. MILLER
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 10, 2018

*Judge's signature*

JEREMIAH J. McCARTHY
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and State: Buffalo, New York

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK    )
COUNTY OF ERIE       )    SS:
CITY OF BUFFALO      )

I, **S. R. Miller**, being duly sworn, depose and say:

1. I am a Special Agent with the Federal Bureau of Investigation and entered on duty in 2007. I am currently assigned to the Buffalo Field Office Child Exploitation Task Force which targets individuals involved in the on-line sexual exploitation of children. I have participated in investigations of persons suspected of violating federal child pornography laws, including Title 18, United States Code, Sections 2251, 2252 and 2252A. I have also participated in various FBI mandated and volunteer training for the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography.

2. I make this affidavit in support of a criminal complaint charging **KORY DOYLE** of Warsaw, New York, with violating Title 18, United States Code, Section 2252A(a)(2)(A) (receipt of child pornography) and Section 2252A(a)(5)(B) (possession of child pornography).

3. The information in this affidavit is based upon my personal knowledge and upon information provided to me by law enforcement officers and others. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that **KORY DOYLE** did knowingly violate Title 18, United States Code, Section 2252A(a)(2)(A) and Section 2252A(a)(5)(B).

4. On September 5, 2017, the New York State Police (NYSP) executed a search warrant at 136 Linwood Avenue, Warsaw, New York 14569. As a part of the search, Agents seized 24 items, including a Google Pixel Cellular Telephone, IMEI: 352531080398124; a Toshiba Satellite C55t-C5328 Laptop Computer, S/N: 9F060100C; a Motorola Droid Turbo Cellular Telephone, Model XT1254, S/N: ZX1F24239B; Western Digital My Passport Ultra External HDD, S/N: WX71A54D7F2N; Droid Maxx 2 Cellular Telephone, Model XT1565, S/N: ZY223FNGMX; Toshiba 500GB External HDD, S/N: Y3K4TZWHTTK8; Western Digital 250GB SATA HDD, S/N: WCANKH033961; Toshiba 320GB SATA HDD, S/N: 38A0T04KT; and an Amazon Kindle Fire Tablet, S/N: D026A0A024840FSD. These items were transferred to the New York State Police (NYSP) Computer Crime Unit for forensic analysis.

5. Coincident to the execution of the search warrant, DOYLE was interviewed by NYSP Investigators and admitted to uploading and possessing child pornography. At the

conclusion of the search warrant, he requested to have a private conversation with one of the NYSP investigators where he said that he wasn't completely truthful during the interview. DOYLE stated that there is stuff on his phone and in the stuff seized by the NYSP. He also stated that he uses KIK Messenger to get a lot of his stuff.

6.  The NYSP Computer Crime Unit's Digital Evidence Analysis Reports revealed that each of the items listed in paragraph 4 contained child pornography. A review of the reports by your Affiant resulted in the discovery of more than 700 image files and 500 video files that contain child pornography as defined in Title 18 U.S.C. 2256. Listed below is the description of one of these image files, that I believe based on my training and experience, constitutes child pornography:

    a. **CEB0AE9C382217998447F2FD42420152F031F935.mp4**. This 17 minute, 54 seconds color video starts with the title "Yurie and Baby Girl", and shows a nude adult female with a nude female infant. The adult female is sitting on a chair and is forcing the female infant's head and mouth against her vagina making the female infant cry. The adult female then breast feeds the female infant during which, the adult female uses her tongue and fingers to caress the female infant's vagina. The adult female then urinates into a cup and feeds the urine to the female infant. The adult female then returns the female infant to breast feeding while the adult female uses her finger to digitally penetrate the female infant's anus.

7.  All of the files of child pornography recovered during the forensic examination will be submitted to the National Center for Missing and Exploited Children (NCMEC) for possible identification of the children depicted.

3

8. Based upon the foregoing, I respectfully submit that there is probable cause to believe that **KORY DOYLE** has violated Title 18, United States Code, Section 2252A(a)(2)(A) and Section 2252A(a)(5)(B).

_____
S. R. MILLER
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed to before

me this 10TH day of October 2018.

_____
JEREMIAH J. McCARTHY
UNITED STATES MAGISTRATE JUDGE

4